IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 18-10583-TPA |
| | : | |
| CHRISTOPHER S. HOFFMAN, | : | Chapter 13 |
| Debtor | : | |
| | : | Document No. |
| NORTHWEST BANK, servicing agent | : | |
| for Northwest Consumer Discount Company, | : | Related to Document No.:  14 |
| Movant | : | |
| | : | Hearing Date: July 25, 2018 at 10:30 a.m. |
| v. | : | |
| | : | |
| CHRISTOPHER S. HOFFMAN, and | : | |
| RONDA J. WINNECOUR, Trustee, | : | |
| Respondents | | |

## CERTIFICATION OF NO OBJECTION
## REGARDING MOTION FOR RELIEF FROM AUTOMATIC STAY

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed and served on June 22, 2018 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than July 9, 2018.

    It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

    Respectfully submitted,

**MARSH SPAEDER BAUR SPAEDER & SCHAAF, LLP**

By  */s/ Kurt L. Sundberg*
    Kurt L. Sundberg
    Pa. I.D. No. 56844
    Attorneys for Movant
    300 State Street, Suite 300
    Erie, Pennsylvania 16507
    (814) 456-5301
    ksundberg@marshlaw.com

Date:  07/11/18