IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 18-10583-TPA |
| | : | |
| CHRISTOPHER S. HOFFMAN, | : | Chapter 13 |
| Debtor | : | |
| | : | Document No. |
| NORTHWEST BANK, servicing agent for | : | |
| Northwest Consumer Discount Company, | : | Related to Document No.: 22 |
| Movant | : | |
| | : | Hearing Date: July 25, 2018 at 10:30 a.m. |
| v. | : | |
| | : | |
| CHRISTOPHER S. HOFFMAN, and | : | |
| RONDA J. WINNECOUR, Trustee, | : | |
| Respondents | : | |
| | : | |

**CERTIFICATE OF SERVICE OF ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY DATED JULY 12, 2018**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on July 13, 2018.

The type of service made on the parties was by regular mail, postage prepaid and ECF.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

Method of Service:  ECF:

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

Earle D. Lees, Jr., Esquire
bankruptcybutler@windstream.net

Service by Regular Mail, postage prepaid:

Earle D. Lees, Jr., Esquire
P.O. Box 685
DuBois, PA 15801

Christopher S. Hoffman
1145 Miller Road
Sigel, PA 15860

**MARSH SPAEDER BAUR SPAEDER & SCHAAF, LLP**

By: /s/ Kurt L. Sundberg
　　　Kurt L. Sundberg
　　　Pennsylvania I.D. No. 56844
　　　Marsh, Spaeder, Baur, Spaeder & Schaaf, LLP.
　　　300 State Street, Suite 300
　　　Erie, PA 16507
　　　(814) 456-5301

Executed on: 07/13/2018　　　　ksundberg@marshlaw.com