FILED
7/12/18 12:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 18-10583-TPA |
| | : | |
| CHRISTOPHER S. HOFFMAN, | : | Chapter 13 |
| Debtor | : | |
| | : | Document No. |
| NORTHWEST BANK, servicing agent | : | |
| for Northwest Consumer Discount Company, | : | Related to Document No.:   14 |
| Movant | : | |
| | : | Hearing Date: July 25, 2018 at 10:30 a.m. |
| v. | : | |
| | : | |
| CHRISTOPHER S. HOFFMAN, and | : | |
| RONDA J. WINNECOUR, Trustee, | : | |
| Respondents | | |

**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

This 12th day of _____July_____, 2018, upon consideration of the Movant's Motion for Relief from Automatic Stay, and a hearing thereon, it is:

ORDERED that the automatic stay is hereby terminated as it affects the interest of Northwest Bank in the 2008 Dodge Ram truck, and Northwest Bank shall be entitled to proceed with repossession and sale of said 2008 Dodge Ram truck.

BY THE COURT:

_____
Thomas P. Agresti, Judge       jlm
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Christopher S. Hoffman
    Debtor

Case No. 18-10583-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: lkat     Page 1 of 1     Date Rcvd: Jul 13, 2018
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2018.
db         +Christopher S. Hoffman,   1145 Miller Road,   Sigel, PA 15860-4425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2018 at the address(es) listed below:
        Earle D. Lees, Jr.    on behalf of Debtor Christopher S. Hoffman bankruptcybutler@windstream.net, earlelees@ducom.tv
        Harry B. Reese    on behalf of Creditor    WELLS FARGO BANK, N.A. harry.reese@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com
        James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
        Jill Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com
        Kurt L. Sundberg    on behalf of Creditor    Northwest Bank, Servicing agent for Northwest Consumer Discount Company jrizzo@marshspaeder.com, tsapper@marshspaeder.com;r48049@notify.bestcase.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                      TOTAL: 7