Certificate Number: 17082-PAW-DE-031613729

Bankruptcy Case Number: 18-10583



17082-PAW-DE-031613729

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 13, 2018, at 5:14 o'clock PM MST, CHRISTOPHER S HOFFMAN completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  September 13, 2018                By:  /s/Orsolya K Lazar

                                         Name:  Orsolya K Lazar

                                         Title:  Executive Director