# UNITED STATES BANKRUPTCY COURT
## THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Christopher S. Hoffman<br>Debtor(s) | Case No. 18-10583 TPA<br><br>Chapter 13 |

Property Address: 1145 Miller Road, Sigel, PA 15860
**Last four digits** of any number you use to identify the debtor's account: <u>6098</u>

**Court claim no**. (if known): <u>**4-2**</u>

## STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc 3002

**Name of creditor:** WELLS FARGO BANK, N.A.

("Creditor") hereby responds to that certain Interim Notice of Final Cure Payment ("Cure Notice") dated: **5/8/2020** and filed as Docket # **39**

### Pre-Petition Default Payments:

☑  Agrees that Debtor(s) has/have paid in full the amount required to cure the default on Creditor's claim

☐  Disagrees that Debtor(s) has/have paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure the pre-petition arrears is:

**Total Amount Due:** $ ____

Attached as Schedule of Amounts Outstanding on Pre-petition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this statement.

The amounts due identified on this statement may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

| Schedule of Amounts Outstanding Pre-Petition Claim | | |
|---|---|---|
| **Description** | **Date** | **Amount** |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

### Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.
☐ I am the creditor.
☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge,
information, and reasonable belief.

**X /s/ Sarah K. McCaffery, Esquire**

Jill Manuel-Coughlin, Esquire
Harry B. Reese, Esquire
Sarah K. McCaffery, Esquire

**Date:** 5/14/2020

**Title:** Attorney

**Company:** Powers Kirn, LLC

**Address:** 8 Neshaminy Interplex, Suite 215
Trevose, PA 19053

**Contact Phone:** 215-942-2030

**E-Mail:** bankruptcy@powerskirn.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Christopher S. Hoffman<br><br>                              Debtor(s)<br><br>WELLS FARGO BANK, N.A.<br><br>                              Movant<br>    v.<br>Christopher S. Hoffman<br><br>                              Debtor(s) | Case No. 18-10583 TPA |

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage-prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on May 14, 2020.

*Parties Served via Electronic Notification:*

Earle D. Lees, Jr., Esquire
P.O. Box 685
DuBois, PA 15801
bankruptcybutler@windstream.net
Attorney for Debtor(s)

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
Trustee

*Parties Serviced via First Class Mail:*

Christopher S. Hoffman
1145 Miller Road
Sigel, PA 15860
Debtor(s)

**/s/ Sarah K. McCaffery, Esquire**
POWERS KIRN, LLC
Jill Manuel-Coughlin, Esquire; Atty ID #63252
Harry B. Reese, Esquire; Atty ID #311728
Sarah K. McCaffery, Esquire; Atty ID #311728
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
215-942-2090 phone; 215-942-8661 fax
E-mail: bankruptcy@powerskirn.com
Attorney for Movant
Dated: May 14, 2020