**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/20/2021

IN RE:

| | |
|---|---|
| CHRISTOPHER S. HOFFMAN<br>1145 MILLER ROAD<br>SIGEL, PA 15860<br>XXX-XX-1675         Debtor(s) | Case No.18-10583 TPA<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/20/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WALMART/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 5397 |
| **HOLIDAY FINANCIAL SERVICES**<br>POB 209<br>1800 DAISY ST EXT STE 350<br>CLEARFIELD, PA  16830 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 1,350.86<br>COMMENT: 2k@0%/PL@SEC*UNS/CL~DK!! | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 1847 |
| **NORTHWEST BANK***<br>COLLECTIONS DEPT*<br>100 LIBERTY ST<br>PO BOX 337*<br>WARREN, PA  16365 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 0.00<br>COMMENT: RS/OE*SURR/PL@NW SAVINGS BK*NORTHWEST CDC*CL=19773.04 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3053 |
| **TOYOTA MOTOR CREDIT CORP (TMCC)**<br>POB 9490**<br>CEDAR RAPIDS, IA  52409-9490 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 13,216.44<br>COMMENT: $CL3GOVS@TERMS/PL*@0%/PL*W/20 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2548 |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING MAC# F2302 04C<br>ONE HOME CAMPUS<br>DES MOINES, IA  50328 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 4-2<br>CLAIM: 0.00<br>COMMENT: CL4GOV*769/PL@WF FNCL*743.46x(60+2)=LMT*BGN 7/18*AMD | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 6098 |
| **HOLIDAY FINANCIAL SERVICES**<br>POB 209<br>1800 DAISY ST EXT STE 350<br>CLEARFIELD, PA  16830 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **WELLS FARGO FINANCIAL****<br>MAC F4031-086<br>800 WALNUT ST<br>DES MOINES, IA  50309 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JOHN G ACHILLE ESQ**<br>ACHILLE ELLERMEYER & WALLISCH<br>379 MAIN ST<br>BROOKVILLE, PA  15825 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 3,081.00<br>COMMENT: NO ACCT/SCH-CL*NO POD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ALLY FINANCIAL****<br>C/O ALLY SERVICING LLC<br>PO BOX 78369<br>PHOENIX, AZ  85062-8369 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 8,388.02<br>COMMENT: 2018~BLNC REPO CAR/SCH*DFNCY BAL*STMT THTRU 3/22/16 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1445 |
| **AMERICAN CORADIUS INTERNATIONAL**<br>2420 SWEET HOME RD STE 150<br>BUFFALO, NY  14228 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: USAA SVNGS BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7994 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account No. |
|---|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 6 | CLAIM: 1,032.79<br>COMMENT: NO ACCT/SCH*MHC/FNBM/CREDIT ONE*STALE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3941 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **PENN HIGHLANDS DUBOIS++**<br>1605 NORTH CEDAR CREST BLVD<br>STE 110B<br>ALLENTOWN, PA 18104 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: PHB1 |
| **PENN HIGHLANDS PHYSICIAN NETWORK++**<br>1605 N CEDAR CREST BLVD STE 110B<br>ALLENTOWN, PA 18104 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0390 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~WALMART/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **US DEPARTMENT OF EDUCATION**<br>NATIONAL PAYMENT CENTER<br>PO BOX 790336<br>ST LOUIS, MO 63179-0336 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 9 | CLAIM: 76,228.70<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1675 |
| **CREDIT ADJUSTMENTS INC**<br>330 FLORENCE ST<br>DEFIANCE, OH 43512 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **FREDERIC I WEINBERG ESQ**<br>THE LAW OFCS OF FREDERIC I WEINBERG & AS<br>375 E ELM ST STE 210<br>CONSHOHOCKEN, PA 19428 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **LVNV FUNDING LLC**<br>POB 10584<br>GREENVILLE, SC 29603-0584 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **TOYOTA MOTOR CREDIT CORP (TMCC)**<br>POB 9490**<br>CEDAR RAPIDS, IA 52409-9490 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 3 | CLAIM: 213.31<br>COMMENT: CL3GOVS*NO GEN UNS/SCH*W/4 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2548 |

| CLAIM RECORDS | | |
|---|---|---|
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:21  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19106 | COMMENT: TOYOTA MOTOR/PRAE | |
| | | |
| **WELLS FARGO BANK NA** | Trustee Claim Number:22  INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| ATTN PAYMENT PROCESSING MAC# F2302 04C | Court Claim Number:4-2 | ACCOUNT NO.: 6098 |
| ONE HOME CAMPUS | | |
| | CLAIM: 1,925.56 | |
| DES MOINES, IA 50328 | COMMENT: CL4-1 GOV@1955.56*$0/PL@WF FNCL*THRU 6/18*AMD | |
| | | |
| **LVNV FUNDING LLC, ASSIGNEE** | Trustee Claim Number:23  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:5 | ACCOUNT NO.: 6090 |
| POB 10587 | | |
| | CLAIM: 731.89 | |
| GREENVILLE, SC 29603-0587 | COMMENT: NT/SCH*NORTH STAR/CAP ONE*STALE | |

Case 18-10583-TPA Doc 47 Filed 09/20/21 Entered 09/20/21 14:44:17 Desc
Page 5 of 5