FILED
10/18/21 12:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| CHRISTOPHER S. HOFFMAN | : BANKRUPTCY NO.: 18-10583-TPA |
| Debtor, | : Chapter 13 |
| CHRISTOPHER S. HOFFMAN | : Related to Document No. 48 |
| Movant | : |
| vs. | : |
| DFAS Garnishment Law Directorate ATTN: Bankruptcy P.O. Box 998002 Cleveland, OH 44199-8002 | : |
| Respondent, | : |

ORDER TO TERMINATE ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT
AGAINST DFAS GARNISHMENT LAW DIRECTORATE

AND NOW, this __18th__ day of October, 2021, upon consideration of the foregoing Motion, IT IS ORDERED, ADJUDGED AND DECREED that the Order to Pay Trustee Pursuant to Wage Attachment entered of record to Docket Number 45 served upon DFAS Garnishment Law Directorate be hereby vacated and terminated as to the Debtor/Movant Christopher S. Hoffman Social Security Number xxx-xx-1675. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of Christopher S. Hoffman by DFAS Garnishment Law Directorate.. IT IS FURTHER ORDERED that this Order supersedes previous orders made to the above named entity in this case.

_____
U. S. Bankruptcy Judge

jlm

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10583-TPA |
| Christopher S. Hoffman | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: aala | Page 1 of 2 |
| Date Rcvd: Oct 18, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Christopher S. Hoffman, 1145 Miller Road, Sigel, PA 15860-4425 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Earle D. Lees, Jr. | on behalf of Debtor Christopher S. Hoffman bankruptcybutler@windstream.net earlelees69@gmail.com |
| Harry B. Reese | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| Kurt L. Sundberg | on behalf of Creditor Northwest Bank  Servicing agent for Northwest Consumer Discount Company jrizzo@marshspaeder.com, tsapper@marshlaw.com;r48049@notify.bestcase.com |
| Office of the United States Trustee | |

District/off: 0315-1 | User: aala | Page 2 of 2
Date Rcvd: Oct 18, 2021 | Form ID: pdf900 | Total Noticed: 1

| | |
|---|---|
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sarah Kathleen McCaffery | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |

TOTAL: 8