| UNITED STATES BANKRUPTCY COURT<br>Western District of Pennsylvania | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br><br>  Christopher S. Hoffman | Case Number:<br><br>1:2018-bk-10583 | |
| Name of Creditor:<br>   Wells Fargo Bank, N.A. | . | |
| Name of Current Servicer of account:<br>   Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>  Wells Fargo Bank, N.A.<br>  MAC N9286-01Y<br>  P.O. Box 1629<br>  Minneapolis, MN 55440-9790<br>  Telephone Number: 800-274-7025<br>Prior notice address:<br><br>  Wells Fargo Bank, N.A.<br>  MAC N9286-01Y<br>  1000 Blue Gentian Road<br>  Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>  Wells Fargo Bank, N.A.<br>  Attention: Payment Processing<br>  MAC F2302-04C<br>  1 Home Campus<br>  Des Moines, IA 50328<br>  Telephone Number: 800-274-7025 | | __ Check this box if you are changing the address that payments will go to. |
| 1.   **Account Number:  6098  UCID:  WFCMGF1810583PAW16756098** | | __ Check this box if the account number has changed. |
| 2.   **Court Claim Number:  4** | | |

3.   **Signature:**

 **Check the appropriate box.**
   X  **I am the creditor.**
     **I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)**
     **I am the trustee, or the debtor.**
     **I am a guarantor, surety, endorser, or other codebtor.**


   By:    ___/s/ Maun Michelle Mason_____        Date: __12/28/2021_____
       VP Loan Documentation

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    CASE NO.:    18-10583

**Christopher S. Hoffman**                        CHAPTER:    13

            **Debtor(s).**

_____    /

**CERTIFICATE OF SERVICE**

I hereby certify that on or before December 28, 2021, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*                        *By U.S. Postal Service First Class Mail Postage Prepaid:*

                            Christopher S. Hoffman
                            1145 Miller Road
                            Sigel, PA 15860

*Debtor's Attorney:*                *By CM / ECF Filing:*

                            Earle D. Lees, Jr.
                            P.O. Box 685
                            DuBois, PA 15801

*Trustee:*                        *By CM / ECF Filing:*

                            Ronda J. Winnecour
                            Suite 3250, USX Tower
                            600 Grant Street
                            Pittsburgh, PA 15219

                            /s/ John Shelley
                            _____

InfoEx, LLC
(as authorized agent for Wells Fargo Bank,
N.A.)