**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **CHRISTOPHER S. HOFFMAN** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **18-10583JCM** |

# Form 4100N
## Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** WELLS FARGO BANK NA

**Court claim no.** (if known): 4-2

**Last 4 digits** of any number you use to identify the debtor's account: 6 0 9 8

**Property Address:** 1145 MILLER RD
SIGEL PA 15860

### Part 2: Cure Amount

| Total cure disbursments made by the trustee: | | Amount |
|---|---|---|
| a. Allowed prepetition arrearage: | (a) $ | 1,925.56 |
| b. Prepetition arrearage paid by the trustee: | (b) $ | 1,925.56 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. **Total.** Add lines b, d, and f. | (g) $ | 1,925.56 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.
  Current monthly mortgage payment   $   $815.01
  The next postpetition payment is due on   8 / 1 / 2023
                                             MM / DD / YYYY

✎ Mortgage is paid directly by the debtor(s).

---

Form 4100N                     Notice of Final Cure Payment                     page 1

| Debtor 1 | **CHRISTOPHER S. HOFFMAN** | Case number *(if known)* | **18-10583JCM** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Signature: /s/ Ronda J. Winnecour    Date: 08/31/2023

Trustee: Ronda J. Winnecour

Address:
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219

Contact phone  (412) 471-5566        Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | CHRISTOPHER S. HOFFMAN | Case number *(if known)* | 18-10583JCM |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 11/25/2019 | 1141108 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 141.77 |
| 12/23/2019 | 1144480 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 255.36 |
| 01/28/2020 | 1147956 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 258.30 |
| 02/25/2020 | 1151495 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 258.30 |
| 03/23/2020 | 1154964 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 311.23 |
| 04/27/2020 | 1158431 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 700.60 |
| | | | | 1,925.56 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 09/25/2018 | 1094656 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,576.69 |
| 10/29/2018 | 1097916 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,078.43 |
| 11/27/2018 | 1101012 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 777.32 |
| 12/21/2018 | 1104121 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 773.19 |
| 01/25/2019 | 1107406 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 777.78 |
| 02/25/2019 | 1110622 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 781.56 |
| 03/25/2019 | 1113907 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 783.78 |
| 04/26/2019 | 1117256 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,054.74 |
| 05/24/2019 | 1120653 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 822.01 |
| 06/25/2019 | 1124049 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 792.29 |
| 07/29/2019 | 1127525 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 791.48 |
| 08/27/2019 | 1131006 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 790.42 |
| 09/24/2019 | 1134236 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 789.24 |
| 10/24/2019 | 1137650 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,012.52 |
| 11/25/2019 | 1141108 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 780.83 |
| 12/23/2019 | 1144480 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 01/28/2020 | 1147956 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 02/25/2020 | 1151495 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 03/23/2020 | 1154964 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 04/27/2020 | 1158431 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 05/26/2020 | 1161753 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 06/26/2020 | 1164926 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 07/29/2020 | 1168011 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 08/25/2020 | 1171077 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 09/28/2020 | 1174195 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 10/26/2020 | 1177256 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 11/24/2020 | 1180311 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 12/21/2020 | 1183217 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 01/25/2021 | 1186252 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 02/22/2021 | 1189376 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 03/26/2021 | 1192697 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 04/26/2021 | 1195917 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 05/25/2021 | 1199024 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 06/25/2021 | 1202230 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 07/26/2021 | 1205406 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 08/26/2021 | 1208569 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 09/24/2021 | 1211661 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 10/25/2021 | 1214723 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 11/22/2021 | 1217738 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 12/23/2021 | 1220844 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 01/26/2022 | 1223875 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 02/23/2022 | 1226725 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 03/25/2022 | 1229733 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 04/26/2022 | 1232769 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 05/25/2022 | 1235802 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 06/27/2022 | 1238830 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 07/26/2022 | 1241752 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 08/24/2022 | 1244622 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 09/27/2022 | 1247509 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 10/25/2022 | 1250290 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 11/23/2022 | 1253106 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 12/22/2022 | 1255836 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 01/26/2023 | 1258552 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 02/23/2023 | 1261109 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |

| Debtor 1 | **CHRISTOPHER S. HOFFMAN** | Case number *(if known)* | **18-10583JCM** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 03/28/2023 | 1263936 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 04/25/2023 | 1266727 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 05/25/2023 | 1269613 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 743.46 |
| 06/26/2023 | 1272494 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,486.92 |
| 07/25/2023 | 1275238 | WELLS FARGO BANK NA | AMOUNTS DISBURSED TO CREDITOR | 2,259.27 |
| | | | | 48,353.79 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

CHRISTOPHER S. HOFFMAN
1145 MILLER ROAD
SIGEL, PA  15860

EARLE D LEES ESQ
PO BOX 685
DUBOIS, PA  15801

WELLS FARGO BANK NA
ATTN PAYMENT PROCESSING MAC# F2302 04C
ONE HOME CAMPUS
DES MOINES, IA  50328

WELLS FARGO BANK NA
MAC N9286-01Y
PO BOX 1629
MINNEAPOLIS, MN  55440-9790

POWERS KIRN LLC
8 NESHAMINY INTERPLEX STE 215
TREVOSE, PA  19053


8/31/23                                                                /s/ Roberta Saunier
                                                                        _____
                                                                        Administrative Assistant
                                                                        Office of the Chapter 13 Trustee