IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Christopher S. Hoffman : Bankruptcy No. 18-10583-JCM
:
Debtor(s) :
: Chapter 13
Trustee, or Debtors(s), Movant :
:
v. :
:
Respondents   None :

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtor is not required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On 09/14/2018 at docket number 35, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies*): Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: 08/29/2023    By:   /s/Earle D. Lees, Jr., Esquire
                           Signature
                           Earle D. Lees, Jr., Esquire
                           Name of Filer - Typed
                           P.O. Box 685, DuBois, PA  15801
                           Address of Filer
                           bankruptcybutler@windstream.net
                           Email Address of Filer
                           814-375-9310
                           Phone Number of Filer
                           15763 PA
                           Bar I.D. and State of Admission

PAWB Local Form 24 (07/13)