Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Christopher S. Hoffman** : | Case No. 18−10583−JCM |
| *Debtor(s)* : | Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| v. : | Related to Document No. 66 |
| **No Respondents** : | |
| *Respondent(s).* : | Hearing Date: 11/28/23 at 03:00 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 27th of September, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 66 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before November 11, 2023**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 OR U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on **November 28, 2023 at 03:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 18-10583-JCM
Christopher S. Hoffman | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1 | User: auto | Page 1 of 3
Date Rcvd: Sep 28, 2023 | Form ID: 300b | Total Noticed: 32

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher S. Hoffman, 1145 Miller Road, Sigel, PA 15860-4425 |
| cr | + | Northwest Bank, Servicing agent for Northwest Cons, 100 Liberty Street, P.O. Box 337, Warren, PA 16365-0337 |
| 14862185 | + | Achille, Ellermyer & Wallisch, 379 Main St, Brookville, PA 15825-1214 |
| 14862188 | + | Credit Adjustments Inc, PO Box 5640, Manchester, NH 03108-5640 |
| 14862190 | + | Frederic Weinberg, Esq, 375 East Elm St, Ste 210, Conshohocken, PA 19428-1973 |
| 14862191 | + | Holiday Financial Services, 1578 Bee Line Hwy, Du Bois, PA 15801-3820 |
| 14862192 | + | Holiday Financial Services, 1800 Daisy Street Extension, Clearfield, PA 16830-3265 |
| 14862196 | + | Penn Highlands Brookville, 100 Hospital Road, Brookville, PA 15825-1367 |
| 14862197 | | Penn Highlands Brookville, PO Box 3345, Indianapolis, IN 46206-3345 |
| 14862198 | | Penn Highlands Physician Network, 1605 N Cedar Crest Blvd, STE 110B, Allentown, PA 18104-2351 |
| 14862201 | + | Toyota Financial Services, PO Box 5856, Carol Stream, IL 60197-5856 |
| 14862203 | | US Dept of Education, 3130 Fairview Park Dr, Ste 800, Chesapeake, VA 23323 |
| 14862202 | + | US Dept of Education, PO Box 7859, Madison, WI 53707-7859 |
| 14862204 | | Wells Fargo Financial Natl Bank, PO Box 660553, Dallas, TX 75266-0553 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14863583 | | Email/Text: ally@ebn.phinsolutions.com | Sep 29 2023 01:10:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14862186 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 29 2023 01:10:00 | Ally Financial, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 14862187 | ^ | MEBN | Sep 29 2023 01:00:20 | American Coradius Intl LLC, 2420 Sweet Home Rd, Ste 150, Amherst, NY 14228-2244 |
| 14862189 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 29 2023 01:28:34 | Credit One, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14862193 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 29 2023 01:14:00 | Jefferson Capital System LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14862194 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2023 01:26:15 | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 14885979 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2023 01:29:33 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14885977 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2023 01:26:15 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15637113 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 29 2023 01:08:38 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: 300b | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14862195 | + | Email/Text: heather.mauro@northwest.com | Sep 29 2023 01:12:00 | Northwest Savings Bank, PO Box 337, Warren, PA 16365-0337 |
| 14863002 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 29 2023 01:49:59 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14862199 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2023 01:26:15 | Resurgent Capital Serv, PO Box 1269, Greenville, SC 29602-1269 |
| 14862200 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 01:10:06 | Synchrony Bank/Walmart, PO Box 965024, El Paso, TX 79998 |
| 14871554 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 29 2023 01:11:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14953647 | | Email/Text: EDBKNotices@ecmc.org | Sep 29 2023 01:10:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 15203113 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 29 2023 01:09:14 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14882715 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 29 2023 01:27:22 | Wells Fargo Bank, N.A., 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 14862205 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 29 2023 01:10:26 | Wells Fargo Financial NB, Client Processing, 800 Walnut St, Des Moines, IA 50309-3605 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | | Toyota Motor Credit Corporation |
| cr | | WELLS FARGO BANK, N.A. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 30, 2023                Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Sep 28, 2023 | Form ID: 300b | Total Noticed: 32 |

Earle D. Lees, Jr.
    on behalf of Debtor Christopher S. Hoffman bankruptcybutler@windstream.net earlelees69@gmail.com

Harry B. Reese
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

Jill Manuel-Coughlin
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

Kurt L. Sundberg
    on behalf of Creditor Northwest Bank  Servicing agent for Northwest Consumer Discount Company jrizzo@marshspaeder.com, tsapper@marshlaw.com;r48049@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 8