**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> CHRISTOPHER S. HOFFMAN <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>     vs. <br> No Respondents. | Case No.:18-10583 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 26, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 06/11/2018 and confirmed on 7/20/18 . The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 96,466.06 |
| Less Refunds to Debtor | 1,646.32 | |
| TOTAL AMOUNT OF PLAN FUND | | 94,819.74 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,800.00 | |
|   Trustee Fee | 4,347.86 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,147.86 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 48,353.79 | 0.00 | 48,353.79 |
|     Acct: 7361 | | | | |
|   MIDFIRST BANK SSB* | 1,925.56 | 1,925.56 | 0.00 | 1,925.56 |
|     Acct: 7361 | | | | |
|   NORTHWEST BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3053 | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 13,216.44 | 13,216.44 | 0.00 | 13,216.44 |
|     Acct: 2548 | | | | |
| | | | | 63,495.79 |
| **Priority** | | | | |
|   EARLE D LEES ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER S. HOFFMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER S. HOFFMAN | 732.93 | 732.93 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER S. HOFFMAN | 913.39 | 913.39 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EARLE D LEES ESQ | 2,800.00 | 2,800.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   HOLIDAY FINANCIAL SERVICES | 1,350.86 | 1,350.86 | 0.00 | 1,350.86 |
|     Acct: 1847 | | | | |
|   JOHN G ACHILLE ESQ | 3,081.00 | 784.21 | 0.00 | 784.21 |
|     Acct: | | | | |
|   ALLY FINANCIAL** | 8,388.02 | 2,135.01 | 0.00 | 2,135.01 |
|     Acct: 1445 | | | | |
|   AMERICAN CORADIUS INTERNATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7994 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 1,032.79 | 262.88 | 0.00 | 262.88 |
|     Acct: 3941 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0001 | | | | |
|   PENN HIGHLANDS DUBOIS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: PHB1 | | | | |
|   PENN HIGHLANDS PHYSICIAN NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0390 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   US DEPARTMENT OF EDUCATION | 76,228.70 | 19,402.54 | 0.00 | 19,402.54 |
| Acct: 1675 | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 213.31 | 54.30 | 0.00 | 54.30 |
| Acct: 2548 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 731.89 | 186.29 | 0.00 | 186.29 |
| Acct: 6090 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5397 | | | | |
|   HOLIDAY FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   WELLS FARGO FINANCIAL** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   FREDERIC I WEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   CREDIT ADJUSTMENTS INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 24,176.09 |
| **TOTAL PAID TO CREDITORS** | | | | 87,671.88 |

TOTAL CLAIMED
PRIORITY           0.00
SECURED      15,142.00
UNSECURED    91,026.57

Date: 09/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
CHRISTOPHER S. HOFFMAN

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-10583

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10583-JCM |
| Christopher S. Hoffman | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 28, 2023 | Form ID: pdf900 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher S. Hoffman, 1145 Miller Road, Sigel, PA 15860-4425 |
| cr | + | Northwest Bank, Servicing agent for Northwest Cons, 100 Liberty Street, P.O. Box 337, Warren, PA 16365-0337 |
| 14862185 | + | Achille, Ellermyer & Wallisch, 379 Main St, Brookville, PA 15825-1214 |
| 14862188 | + | Credit Adjustments Inc, PO Box 5640, Manchester, NH 03108-5640 |
| 14862190 | + | Frederic Weinberg, Esq, 375 East Elm St, Ste 210, Conshohocken, PA 19428-1973 |
| 14862191 | + | Holiday Financial Services, 1578 Bee Line Hwy, Du Bois, PA 15801-3820 |
| 14862192 | + | Holiday Financial Services, 1800 Daisy Street Extension, Clearfield, PA 16830-3265 |
| 14862196 | + | Penn Highlands Brookville, 100 Hospital Road, Brookville, PA 15825-1367 |
| 14862197 | | Penn Highlands Brookville, PO Box 3345, Indianapolis, IN 46206-3345 |
| 14862198 | | Penn Highlands Physician Network, 1605 N Cedar Crest Blvd, STE 110B, Allentown, PA 18104-2351 |
| 14862201 | + | Toyota Financial Services, PO Box 5856, Carol Stream, IL 60197-5856 |
| 14862203 | | US Dept of Education, 3130 Fairview Park Dr, Ste 800, Chesapeake, VA 23323 |
| 14862202 | + | US Dept of Education, PO Box 7859, Madison, WI 53707-7859 |
| 14862204 | | Wells Fargo Financial Natl Bank, PO Box 660553, Dallas, TX 75266-0553 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14863583 | | Email/Text: ally@ebn.phinsolutions.com | Sep 29 2023 01:10:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14862186 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 29 2023 01:10:00 | Ally Financial, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 14862187 | ^ | MEBN | Sep 29 2023 01:00:22 | American Coradius Intl LLC, 2420 Sweet Home Rd, Ste 150, Amherst, NY 14228-2244 |
| 14862189 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 29 2023 02:53:30 | Credit One, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14862193 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 29 2023 01:14:00 | Jefferson Capital System LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14862194 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2023 02:53:30 | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 14885979 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2023 01:26:15 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14885977 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2023 01:28:04 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15637113 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 29 2023 01:48:05 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |

Case 18-10583-JCM    Doc 69    Filed 09/30/23    Entered 10/01/23 00:29:52    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14862195 | + | Email/Text: heather.mauro@northwest.com | Sep 29 2023 01:12:00 | Northwest Savings Bank, PO Box 337, Warren, PA 16365-0337 |
| 14863002 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 29 2023 02:53:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14862199 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2023 02:53:30 | Resurgent Capital Serv, PO Box 1269, Greenville, SC 29602-1269 |
| 14862200 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 01:28:39 | Synchrony Bank/Walmart, PO Box 965024, El Paso, TX 79998 |
| 14871554 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 29 2023 01:11:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14953647 | | Email/Text: EDBKNotices@ecmc.org | Sep 29 2023 01:10:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 15203113 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 29 2023 02:11:47 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14882715 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 29 2023 01:28:45 | Wells Fargo Bank, N.A., 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 14862205 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 29 2023 01:26:23 | Wells Fargo Financial NB, Client Processing, 800 Walnut St, Des Moines, IA 50309-3605 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | | Toyota Motor Credit Corporation |
| cr | | WELLS FARGO BANK, N.A. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 30, 2023         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |

District/off: 0315-1 User: auto Page 3 of 3
Date Rcvd: Sep 28, 2023 Form ID: pdf900 Total Noticed: 32

Earle D. Lees, Jr.
    on behalf of Debtor Christopher S. Hoffman bankruptcybutler@windstream.net earlelees69@gmail.com

Harry B. Reese
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

Jill Manuel-Coughlin
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

Kurt L. Sundberg
    on behalf of Creditor Northwest Bank  Servicing agent for Northwest Consumer Discount Company jrizzo@marshspaeder.com, tsapper@marshlaw.com;r48049@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 8