# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>CHRISTOPHER S. HOFFMAN<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:18-10583<br><br>Chapter 13<br><br>Document No.: 66 |

## ORDER OF COURT

AND NOW, this __14th__ day of __November__, 20__23__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jlm
U.S. BANKRUPTCY JUDGE

SIGNED
11/14/23 12:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 18-10583-JCM
Christopher S. Hoffman                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                                   User: auto                                     Page 1 of 3
Date Rcvd: Nov 14, 2023                       Form ID: pdf900                          Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher S. Hoffman, 1145 Miller Road, Sigel, PA 15860-4425 |
| cr | + | Northwest Bank, Servicing agent for Northwest Cons, 100 Liberty Street, P.O. Box 337, Warren, PA 16365-0337 |
| 14862185 | + | Achille, Ellermyer & Wallisch, 379 Main St, Brookville, PA 15825-1214 |
| 14862188 | + | Credit Adjustments Inc, PO Box 5640, Manchester, NH 03108-5640 |
| 14862190 | + | Frederic Weinberg, Esq, 375 East Elm St, Ste 210, Conshohocken, PA 19428-1973 |
| 14862191 | + | Holiday Financial Services, 1578 Bee Line Hwy, Du Bois, PA 15801-3820 |
| 14862192 | + | Holiday Financial Services, 1800 Daisy Street Extension, Clearfield, PA 16830-3265 |
| 14862196 | + | Penn Highlands Brookville, 100 Hospital Road, Brookville, PA 15825-1367 |
| 14862197 | | Penn Highlands Brookville, PO Box 3345, Indianapolis, IN 46206-3345 |
| 14862198 | | Penn Highlands Physician Network, 1605 N Cedar Crest Blvd, STE 110B, Allentown, PA 18104-2351 |
| 14862201 | + | Toyota Financial Services, PO Box 5856, Carol Stream, IL 60197-5856 |
| 14862203 | | US Dept of Education, 3130 Fairview Park Dr, Ste 800, Chesapeake, VA 23323 |
| 14862202 | + | US Dept of Education, PO Box 7859, Madison, WI 53707-7859 |
| 14862204 | | Wells Fargo Financial Natl Bank, PO Box 660553, Dallas, TX 75266-0553 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14863583 | | Email/Text: ally@ebn.phinsolutions.com | Nov 15 2023 00:25:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14862186 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 15 2023 00:25:00 | Ally Financial, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 14862187 | ^ | MEBN | Nov 15 2023 00:16:17 | American Coradius Intl LLC, 2420 Sweet Home Rd, Ste 150, Amherst, NY 14228-2244 |
| 14862189 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 15 2023 00:32:59 | Credit One, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14862193 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 15 2023 00:27:00 | Jefferson Capital System LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14862194 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2023 00:32:55 | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 14885979 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2023 00:33:12 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14885977 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2023 00:33:31 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15637113 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 15 2023 00:33:17 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 14, 2023 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14862195 | + | Email/Text: heather.mauro@northwest.com | Nov 15 2023 00:26:00 | Northwest Savings Bank, PO Box 337, Warren, PA 16365-0337 |
| 14863002 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 15 2023 00:33:09 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14862199 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2023 00:33:09 | Resurgent Capital Serv, PO Box 1269, Greenville, SC 29602-1269 |
| 14862200 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2023 00:44:15 | Synchrony Bank/Walmart, PO Box 965024, El Paso, TX 79998 |
| 14871554 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 15 2023 00:26:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14953647 | | Email/Text: EDBKNotices@ecmc.org | Nov 15 2023 00:25:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 15203113 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 15 2023 00:32:56 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14882715 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 15 2023 00:32:54 | Wells Fargo Bank, N.A., 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 14862205 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 15 2023 00:44:22 | Wells Fargo Financial NB, Client Processing, 800 Walnut St, Des Moines, IA 50309-3605 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | | Toyota Motor Credit Corporation |
| cr | | WELLS FARGO BANK, N.A. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 16, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 14, 2023 | Form ID: pdf900 | Total Noticed: 32 |

Earle D. Lees, Jr.
    on behalf of Debtor Christopher S. Hoffman bankruptcybutler@windstream.net earlelees69@gmail.com

Harry B. Reese
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

Jill Manuel-Coughlin
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

Kurt L. Sundberg
    on behalf of Creditor Northwest Bank  Servicing agent for Northwest Consumer Discount Company jrizzo@marshspaeder.com, tsapper@marshlaw.com;r48049@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8